MICHAEL W. BERDINELLA SBN 085038
Law Office of Michael W. Berdinella
726 W. Barstow Avenue, Ste. 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax: (559) 436-8900
Email: lawmwb@sbcglobal.net

Attorney for the Defendant,
FLOR LOVIANO

## In the United States District Court

## For the Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:09CR 00272 OWW |
| Plaintiff, | |
| vs. | STIPULATION RE: STAY AND ORDER |
| FLOR LOVIANO, et al., | |
| Defendant. | |

Defendant FLOR LOVIANO, by and through her attorney, MICHAEL BERDINELLA, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to stay the current filing date for the Defendant's Amended Disclosure and Production of Government Informants Motion in this matter. To that end, the parties agree to stay the Defendant's Amended

**Disclosure and Production of Government Informants Motion until October 8, 2010.**

**2. The parties to the above-captioned matter agree to stay the current filing date for the government's response to the Defendant's Amended Disclosure and Production of Government Informants Motion in this matter. To that end, the parties agree to stay the government's response until October 22, 2010.**

Dated:   September 23, 2010          Respectfully submitted,

```
                                     BY: /S/ MICHAEL W. BERDINELLA
                                     MICHAEL W. BERDINELLA
                                     Attorney for Defendant
                                     FLOR LOVIANO


                                     BY: /S/ KATHLEEN A. SERVATIUS
                                     KATHLEEN A. SERVATIUS
                                     Assistant U.S. Attorney
```

## O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current September 24, 2010 filing date for Defendant's Amended Disclosure and Production of Government Informants Motion is hereby stayed until October 8, 2010.

IT IS THE ORDER of the Court that the current October 8, 2010 filing date for the government's response to the defendant's motion is hereby stayed until October 22, 2010.

IT IS THE ORDER of the Court that the motion as to Co-Defendant Flor Loviano only will be set for hearing November 8, 2010 at 1:30PM in Courtroom 3 before Judge Wanger.

IT IS SO ORDERED.

Dated:   **September 27, 2010**          **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE