MICHAEL W. BERDINELLA SBN 085038
Law Office of Michael W. Berdinella
726 W. Barstow Avenue, Ste. 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax: (559) 436-8900
Email: lawmwb@sbcglobal.net

Attorney for the Defendant,
FLOR LOVIANO

In the United States District Court

For the Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:09CR 00272 OWW |
| Plaintiff, | |
| vs. | STIPULATION: TO CONTINUE DATE OF SENTENCING AND DUE DATES FOR INFORMAL AND FORMAL OBJECTIONS |
| FLOR LOVIANO, et al., | |
| Defendant. | |

   Defendant FLOR LOVIANO, by and through her attorney, MICHAEL W. BERDINELLA, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, hereby enter into the following STIPULATION:

   1. The parties to the above-captioned matter agree to vacate the current Sentencing Date of June 6, 2011 at 9:00a.m., and to continue Sentencing until July 18, 2011 at 9:00a.m.

   2. The parties agree to vacate the current due date of May 16, 2011 for the Defendant's Objection to the Presentense

Probation Report Due to Probation and AUSA and to continue that date until June 28, 2011.

    3. The parties agree to vacate the current filing date of May 27, 2011 as the date for Defendant's Objection to the Presentence Probation Report to be filed with the Court and served on USPO and AUSA and continue that date until July 8, 2011.

Dated:  May 10, 2011              Respectfully submitted,


                                  BY: /S/ MICHAEL W. BERDINELLA
                                  MICHAEL W. BERDINELLA
                                  Attorney for Defendant
                                  FLOR LOVIANO



                                  BY: /S/ KATHEEN A. SERVATIUS
                                  KATHLEEN A. SERVATIUS
                                  Assistant U.S. Attorney


                        O R D E R

Having read and considered the foregoing STIPULATION,

IT IS THE ORDER of the Court that the current June 6, 2011, 9:00 a.m. Sentencing Date is hereby vacated. The new Sentencing date shall be July 18, 2011 at 9:00 a.m., in this Court.

IT IS THE ORDER of the Court that the current May 16, 2011 due date for Defendant's  Objection to the Presentence Probation Report Due to Probation and AUSA is hereby vacated. The new due date shall be June 28,2011.

IT IS THE ORDER of the Court that the current May 27, 2011 filing date for the Defendant's Objection to the Presentence

_____
Stipulation re: Stay and Order
US v. FLOR LOVIANO et al. – 1: 09CR00272 OWW

Probation Report due to be filed in the Court and served on the USPO and the AUSA is hereby vacated. The new filing date shall be July 8, 2011.

3

_____
Stipulation re: Stay and Order
US v. FLOR LOVIANO et al. - 1: 09CR00272 OWW

IT IS SO ORDERED.

Dated:   **May 11, 2011**　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE