MICHAEL W. BERDINELLA SBN 085038
Law Office of Michael W. Berdinella
726 W. Barstow Avenue, Ste. 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax: (559) 436-8900
Email: lawmwb@sbcglobal.net

Attorney for the Defendant,
FLOR LOVIANO

In the United States District Court

For the Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 1:09CR 00272 OWW |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE DATE OF SENTENCING AND ORDER |
| **FLOR LOVIANO, et al.,** | |
| Defendant. | |

Defendant **FLOR LOVIANO**, by and through her attorney, **MICHAEL BERDINELLA**, and the United States of America, by and through its attorneys, **BENJAMIN B. WAGNER**, United States Attorney, and **KATHLEEN A. SERVATIUS**, Assistant United States Attorney, hereby enter into the following STIPULATION:

1. The parties to the above-captioned matter agree to vacate the current Sentencing Date of July 18, 2011 at 9:00a.m., and to continue Sentencing until August 22, 2011 at 9:00a.m.

Dated:  July 13, 2011                     Respectfully submitted,


                                          BY: /S/ MICHAEL W. BERDINELLA
                                          MICHAEL W. BERDINELLA
                                          Attorney for Defendant
                                          FLOR LOVIANO



                                          BY: /S/ KATHLEEN A. SERVATIUS
                                          KATHLEEN A. SERVATIUS
                                          Assistant U.S. Attorney


O R D E R

Having read and considered the foregoing STIPULATION,

IT IS THE ORDER of the Court that the current July 18, 2011, 9:00 a.m. Sentencing Date is hereby vacated. The new Sentencing date shall be August 22, 2011 at 9:00 a.m., in this Court.

IT IS SO ORDERED.

Dated:  **July 14, 2011**                    **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE